Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiffs Jacob Woloshin and Ariella Shor*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jacob Woloshin and Ariella Shor, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Comcast Cable Communications Management, LLC,<br><br>Defendant. | Case No.: 2:24-cv-00176-APG-EJY<br><br>**Stipulation of dismissal of Comcast Cable Communications Management, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jacob Woloshin and Ariella Shor ("Plaintiffs") and Comcast Cable Communications Management, LLC ("Defendant") stipulate to dismiss Plaintiffs' claims against Defendant.

///

///

///

STIPULATION                                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 2, 2024.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiffs*

/s/ Paul Shakespear
Paul Shakespear, Esq.
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

Paul Bond, Esq.
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, PA 19103
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: February 5, 2024